**Electronically Filed
Supreme Court
SCWC-30371
23-MAR-2012
02:48 PM**

NO. SCWC-30371

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

LITO A. MATEO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30371; CR. NO. 07-1-0107)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Acoba, J., dissenting separately, with whom Circuit
Judge Pollack, in place of Duffy, J., recused, joins)

Petitioner/Defendant-Appellant Lito Mateo's application

for writ of certiorari filed on February 8, 2012, is hereby

rejected.

DATED: Honolulu, Hawai‘i, March 23, 2012.

Jon N. Ikenaga, Deputy
Public Defender, on the
application for petitioner/
defendant-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

